MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ANDREW LAMAR PITTS, in propria persona, d/b/a
GODALLAH GLOBAL

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Experian Information Service, LLC
Equifax information Service, LLC
TransUnion, LLC
Criag Bounty(CEO, Experian)
Mark Begor (Equifax)
Chris Cartwright (CEO, TransUnion)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:25-cv-11368
Assigned To : McMillion, Brandy R.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 5/12/2025
Description: CMP PITTS V. EXPERIAN LLC ET AL (AB)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | :Pitts,Andrew-Lamar |
| Street Address | 18675 Joann |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan, 48205 |
| Telephone Number | 313-828-4796 |
| E-mail Address | andrew.pitts@live.focushope.edu |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Experian Information Services, LLC |
| Job or Title (if known) | |
| Street Address | 475 Anton Blvd |
| City and County | Costa Mesa |
| State and Zip Code | CA 92626 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Equifax Information Services |
| Job or Title (if known) | |
| Street Address | 1550 Peachtree St. NW |
| City and County | Atlanta |
| State and Zip Code | GA 30309 |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | TransUnion, LLC |
| Job or Title (if known) | |
| Street Address | 555 West Adams |
| City and County | Chicago |
| State and Zip Code | Illinois |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**II.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FCRA-15 U.S.C. 1681 et seq.
FDCPA- 15 U.S.C 1692 et seq.
UCC Article 9-9-625(b)
16 C.F.R. 433 (FTC Holder Rule

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* ANDREW LAMAR PITTS,
    is a citizen of the State of *(name)* Michigan.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____,
    is incorporated under the laws of the State of *(name)*
    _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
    The defendant, *(name)* Experian, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* United State of America, and has its principal place of business in *(name)* California.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Over 75,000 based on economic harm, statutory damages, injury to credit, and punitive damages for willful violations.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I am a natural person and consumer within the meaning of 15 U.S.C. 1692a(3).
2. Defendants have engaged in the collection, furnishing, or publishing of debts allegedly owed by me, without lawful authority, assignment, or verification of those debts as required by 15 U.S.C.1692g(a) and (b).
3. Defendants have reported and continued to report alleged debts that have not been validated or verified to me in writing, in violation of 15 U.S.C. 1692g(b).
4. One or more accounts reported by Defendants falsely represent the character, amount, and legal status of the alleged debts, in violation of 15 U.S.C. 1692e(2)(A).
5. Defendants have falsely represented themselves as having authority to collect debts without disclosing the identity of the original creditor, in violation of 15 U.S.C. 1692e(10).
6. Defendants have used false names and designations, such as third-party collection agencies or mischaracterized furnishing sources, in violation of 15 U.S.C. 1692e(14).
7. Some accounts listed by Defendants show balances not authorized by any agreement between the parties, constituting a violation of 15 U.S.C. 1692f(1).
8. I have provided multiple written notices disputing these debts, and Defendants continued to report them to consumer reporting agencies without marking them as disputed, in violation of 15 U.S.C. 1692e(8).
9. Defendants have communicated alleged debts to third parties-including consumer reporting agencies without legal justification or permissible purpose, in violation of 15 U.S.C. 1692c(b).
10. No collector or furnishing entity has provided a copy of the original signed agreement or contract allegedly creating the debt, nor evidence of assignment, as required by 15 U.S.C. 1692g(b).
11. Defendants have failed to cease communication and reporting activity after receiving written notice from me requesting that all such communication stop, in violation of 15 U.S.C. 1692c(c)

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Deletion of all unverifiable and false tradelines

Declaration that Plaintiff is the rightful secured party and payee

$150,000 in actual, statutory, and punitive damages

Injunctive relief barring further false reporting

Recovery of court costs and fees

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: <u>May 9,</u>            , 20<u> 25 </u>  .

Signature of Plaintiff       _____

Printed Name of Plaintiff    <u>ANDREW L PITTS d/b/a GODALLAH GLOBAL</u>

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## Additional Information:

Additional Clarification of Plaintiff's Standing and Capacity:

Plaintiff, Pitts,Andrew-Lamar is a natural person acting in propria persona, Andrew L Pitts doing business as GODALLAH GLOBAL, a sole proprietorship. Plaintiff is the beneficial owner, secured creditor, and entitlement holder of all financial instruments at issue in this complaint. All claims asserted herein arise from Plaintiff's legal and equitable title to those accounts and obligations, which are reported falsely or unlawfully enforced by the named defendants submits the following factual and legal evidence to support the claims made in this complaint. These exhibits are attached and incorporated by
reference:

{Exhibit A} - Consumer Dispute Letters

Certified dispute letters mailed to Experian, Equifax, and TransUnion formally objecting to the inaccurate, unverifiable, and legally mischaracterized tradelines appearing on Plaintiff's consumer credit reports. The agencies failed to remove, validate, or correct the entries, in violation of:

FCRA § 16811(a)(5) - failure to delete unverifiable information

FDCPA § 809(b) - failure to validate alleged debts upon notice

{Exhibit B} - UCC Financing Statement (UCC-1 Filing)

Filed UCC-1 evidencing Plaintiff's perfected, continuing security interest in all financial instruments, consumer goods, and credit agreements associated with the debtor entity "ANDRREW L PITTS" and commercial agency "GODALLAH GLOBAL." This establishes the Plaintiff as:

The secured party under UCC § 9-102(a)(72),

The true owner of record,

And the secured creditor entitled to rights, remedies, and proceeds under UCC § 9-625(b). {Exhibit C}- Credit Reports Showing Violations Credit report pages from Experian, Equifax, and TransUnion identifying: Multiple tradelines falsely reported as unpaid or in collection after Plaintiff issued lawful notice to cease reporting Misrepresentation of account ownership and legal status Incomplete, duplicative, and outdated entries causing harm to Plaintiff's legal standing and economic position Violations include: FCRA § 1681e(b) - failure to assure maximum accuracy FCRA § 1681s-2(b) - continued reporting after direct dispute FDCPA § 807(2)(A) - false representation of the character or legal status of a debt

{Exhibit D} - Declaration of Secured Creditor and Entitlement Rights

Plaintiff declares under penalty of perjury that: He is the true titleholder and beneficial owner of all financial instruments and consumer credit accounts reported in his name. He holds the right of enforcement, ownership, and collection over all proceeds, obligations, and related accounts as a secured creditor and secured party under Uniform Commercial Code Article 9. All reported obligations, accounts, and related financial instruments represent consumer goods transaction for which the Plaintiff is the lawful obligee, not the debtor. The reporting and collection activities of the defendants misrepresent Plaintiff's position, violate multiple federal protections, and interfere with his unalienable rights to property, privacy, and financial integrity. The Plaintiff, not any third-party collector or unauthorized furnisher, is the only party lawfully entitled to payment, benefit, or recognition under the s

7

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ANDREW LAMAR PITTS, in propria persona, d/b/a GODALLAH

### DEFENDANTS
Experian Information Services, LLC, Equifax Information Services, LLC TransUnion Information Services, LLC, Criag Boundy(CEO, Experian), Mark Begor (CEO, Equifax), Chris Cartwright (CEO, TransUnion)

(b) County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | PROPERTY RIGHTS | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / PERSONAL PROPERTY | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | LABOR | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | SOCIAL SECURITY | |
| [ ] 195 Contract Product Liability | | | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / Habeas Corpus: | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / Other: [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application / [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of Fair Credit Reporting Act(15 U.S.C. 1681), Fair Debt Collection Reporting Act (15 U.S.C.1692)
Brief description of cause:
FTC Holder Rule (16 C.F.R. 433), Unlawful furnishing of inaccurate, unverifiable credit information.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 300,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____